**Marieo L. FOSTER, Petitioner,**

v.

**DEPARTMENT OF DEFENSE, Respondent.**

No. 2007–3264.

United States Court of Appeals, Federal Circuit.

June 6, 2008.

Richard L. Thompson, II, Law Firm of Nathaniel D. Johnson, LLC, of La Plata,

Maryland, argued for petitioner. With him on the brief was Nathaniel D. Johnson.

Sean M. Dunn, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were Jeffrey S. Bucholtz, Acting Assistant Attorney General; Jeanne E. Davidson, Director; and Harold D. Lester, Jr., Assistant Director.

SCHALL and PROST, Circuit Judges, and WARD, District Judge *.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is *ORDERED and ADJUDGED:*

**AFFIRMED.** *See* Fed. Cir. R. 36.